UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUDNEY MONESTINE,

Petitioner,

v.

WARDEN OF THE CENTRAL VALLEY ANNEX DETENTION FACILITY, et al.,

Respondents.

Case No. 1:26-cv-07427-KES-HBK (HC)

ORDER REGARDING EXTENSION OF TIME

On October 19, 2026, the Court received a submission from Wilna Monsetime, identifying herself as Petitioner's sister and requesting an extension of time for Petitioner to file a reply to Respondents' Answer to Petition for Writ of Habeas Corpus. (Doc. 12). The submission states that Petitioner will not have access to his commissary account until November 5, 2026 to purchase paper and stamps to prepare and mail his reply, which is preventing the Petitioner from filing his reply.

The submission was received before the expiration of the applicable deadline. Federal Rule of Civil Procedure 6(b)(1)(A) permits the Court, for good cause, to extend an applicable deadline with or without a motion or notice. Based on the circumstances described in the submission, the Court finds good cause for a limited extension.

The Court does not, however, recognize Wilna Monestime as counsel for Petitioner or authorize her to represent Petitioner in this action. Under Federal Rule of Civil Procedure 11(a),

a written motion must be signed by an attorney of record or personally by an unrepresented party. The Court therefore considers the submission as information supporting the exercise of its own authority under Rule 6(b)(1)(A), rather than as a motion properly made by an authorized representative.

Accordingly, IT IS ORDERED:

1. On the Court's own initiative, Petitioner shall have an extension of time until November 12, 2026 to deliver his reply to officials for mailing.
2. This extension does not authorize Wilna Monestine to practice law, appear as counsel, or sign filings on behalf of Petitioner. Future filings in this action must comply with Rule 11(a) and all other applicable rules.
3. Except as expressly provided in this Order, all existing deadlines and orders remain in effect.

Dated: October 21, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE